**Violet M. CAVANAGH**

v.

**Robert D. CAVANAGH.**

**No. 79–17–A.**

Supreme Court of Rhode Island.

Nov. 25, 1981.

John H. Hines, Jr., Providence, for plaintiff.

Lind & Dillon, Edward E. Dillon, Jr., Cumberland, for defendant.

## ORDER

The defendant's motion to reinstate this appeal is granted. The motion to consolidate this case with *Cavanagh v. Cavanagh*, R.I., 431 A.2d 443 for hearing and argument is granted.